UNITED STATES (NELSON v.). See Case No. 10,116.

———

## Case No. 15,865.

UNITED STATES v. The NEPTUNE.

[3 Am. Law Reg. 48.]

District Court, D. Maryland. 1854.[1]

SHIPPING—REGULATIONS—PENALTIES—How RECOVERABLE.

This was a libel in rem filed against the vessel, and in personam against the captain and owners, to enforce the penalties of the act of 1848, passed in reference to passenger vessels.

GILES, District Judge, decided that the said penalties could only be recovered by an action of debt on the common law side of the court, and not by libel; and that the penalties were personal, and there was no lien on the vessel, and no remedy in rem, to enforce them.

Decree affirmed on both points, on appeal, by the circuit court. Taney, Circuit Justice. [Case unreported.]